# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

HARRIS F. MACNEISH, Respondent, *v.* TUCKAHOE STONE CORPORATION, Appellant.

*Real property — covenants establishing neighborhood as residential — action to restrain defendant from conducting business of quarrying and stone-crushing.*

*Mac Neish* v. *Tuckahoe Stone Corpn.*, 212 App. Div. 825, affirmed. (Argued June 5, 1925; decided October 6, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to restrain the defendant from conducting the business of quarrying and stone-crushing on certain premises in the town of Eastchester on the ground that such a use of the premises was violative of certain covenants running with the land establishing the neighborhood as residential and excluding therefrom all manufacturing and business enterprises which might be offensive to owners of houses therein.

*Humphrey J. Lynch* for appellant.

*Fred P. Harrington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.